**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-1413**

_____

DAVID H. REIER,

Plaintiff - Appellant,

versus

THE STATE OF MARYLAND,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CA-98-712-WMN)

_____

Submitted:  January 13, 2000        Decided:  January 19, 2000

_____

Before WIDENER, WILKINS, and LUTTIG, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Robert B. Greenwalt, Catonsville, Maryland, for Appellant.  J.
Joseph Curran, Jr., Attorney General of Maryland, David M. Lyon,
Assistant Attorney General, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David H. Reier appeals the district court's orders granting summary judgment to the State of Maryland on his complaint filed under the Americans with Disabilities Act ("ADA"), 42 U.S.C.A. §§ 12101-12213 (West 1995 & Supp. 1999) and denying his motion to reconsider. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Reier v. Maryland, No. CA-98-712-WMN (D. Md. Dec. 15 & Mar. 22, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2